IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DISTRICT

| UNITED STATES OF AMERICA | | PLAINTIFF/RESPONDENT |
|---|---|---|
| v. | Civil No. 3:13-CV-03045 | |
| | Criminal No. 3:11-CR-30010 | |
| IRENEO ARRIZON | | DEFENDANT/MOVANT |

**O R D E R**

Movant, a federal prisoner presently housed at the FORREST CITY LOW, FEDERAL CORRECTIONAL INSTITUTION, has filed a Motion Under 28 U.S.C. §2255 for review by this court (ECF No. 67) on April 8, 2013. Having reviewed the motion, Respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this April 11, 2013.

/s/ J. Marschewski
James R. Marschewski
Chief United States Magistrate Judge