IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF/RESPONDENT

v.                              Case No. 3:11-CR-30010-003

IRENEO ARRIZON                                                        DEFENDANT/PETITIONER

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 72) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections and the time period for filing objections has passed.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. IT IS THEREFORE ORDERED that Petitioner Ireneo Arrizon's motion (Doc. 67) to vacate is DENIED.

IT IS SO ORDERED this 5th day of February, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE